# SENTENCING MINUTES

DATE: 5-25-2022  CASE NUMBER: 3:21cr17
JUDGE: Hudson  CT REPORTER: Harding, OCR
INTERPRETER: _____

UNITED STATES OF AMERICA    Michael Moore, AUSA
                             Samuel Fishel, IV SAUSA

v.                           COUNSEL

Joshua Brady               Charles Gavin, ESQ.

SENTENCING ON COUNT(S): 3    ( ) Criminal Information
                             ( ) Indictment (✓) Superseding Ind.
PRELIMINARY MATTERS: See page 4

OBJECTIONS TO PSR: None

STATEMENTS MADE BY:  GOV'T (✓)  DEFENSE COUNSEL (✓)  DEFT (✓)

ON MOTION OF GOV'T.  ( ) INDICTMENT  (✓) REMAINING CTS DISMISSED

DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION
    ON: _____  BY: _____
    ( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today   (✓)

DEFT REMANDED TO CUSTODY  (✓)

CASE SET: 2:00   BEGAN: 2:02   ENDED: 3:05   TIME IN COURT: 1:03

**SENTENCE TEXT**

COUNT _3_  IMPRISONMENT _360_ MOS. CONCURRENT ( ) CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE _Life_ ~~YEARS~~

PROBATION _____ YEARS

FINE $_____ (✓) Fine not imposed

SPECIAL ASSESSMENT $_100—_ due immediately

COUNT ____  IMPRISONMENT _____ MOS. CONCURRENT ( ) CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS  CONCURRENT ( )

PROBATION _____ YEARS  CONCURRENT ( )

FINE $_____ ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

COUNT ____  IMPRISONMENT _____ MOS. CONCURRENT ( ) CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS  CONCURRENT ( )

PROBATION _____ YEARS  CONCURRENT ( )

FINE $_____ ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE** (✓)

**RESTITUTION ORDERED:** _$34,120.60_

**RECOMMENDATION(S) TO BOP:**
( ) Designate dft. to a facility near family  (✓) Designate dft. to _Petersburg_ FCI
( ) SHOCK Incarceration Program     ( ) BRAVE Program
(✓) Educational / Vocational training   (✓) BOP ~~500-hr intensive~~ drug treatment program
( ) UNICOR program   ( ) with _____ portion of earnings directed to child support
(✓) OTHER: _mental health treatment_

PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

_____(1) Incur no new credit without approval of probation officer
_____(2) Provide probation officer with access to financial information
_____(3) Perform community service _____ HOURS during period of supervision
_____(4) Participate in drug/alcohol treatment; _____ Pay cost of treatment
_____(5) Participate in mental health treatment; _____ Pay cost of treatment
    _____ Participate in anger management
_____(6) Participate in home confinement program for _____ with monitoring
    _____ Permitted to work, attend church, or other approved activities
    _____ Maintain telephone without special features; no cordless phone
    _____ Pay costs of electronic monitoring
_____(7) Placement in a Community Confinement Center for _____ (term)
_____(8) Defendant to be surrendered to BICE for deportation proceedings
    _____ If deported, defendant to remain outside the United States
_____(10) Mandatory drug testing waived
    _____ Probation officer may still administer drug test if deemed appropriate
_____(11) Pay child support in amount ordered by social services or Court
_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____(14) No possession of pager, cellular telephone, or other handheld communication device
\_\_✓\_\_(15) Defendant shall pay any balance owed on the S/A imposed by the Court
    \_\_✓\_\_ Pay in installments of not less than $ _100.00_ per month,
    to begin ~~30~~ / 60 days after start of supervision until paid in full
_____(16) Waive all rights of confidentiality regarding mental health treatment
    (or other treatment) to allow release of information to Probation, etc.
_____(17) Commencing _____, and continuing for _____, defendant may
    operate a motor vehicle only for purposes of work and court, including travel to
    the Probation Office and alcohol treatment program
_____(18) Defendant to apply monies received from tax refunds, lottery winnings, and any
    anticipated or unexpected financial gains to the Court-ordered financial
    obligation

\_✓\_(---) **Other special conditions:**

Register with state sex offender registration agency

No internet use and no unsupervised contact with minors without approval of the probation officer

**PAGE FOUR (4)**

**SENTENCING MINUTES, CON'T.**
United States of America v. Joshua Clayton Brady
Criminal No. 3:21CR00017-HEH
May 25, 2022


<u>*PRELIMINARY MATTERS*</u>

Defendant placed under oath and heard at the lectern regarding obtaining a new attorney.
Courtroom cleared with exception of defense counsel; defendant heard *ex parte.*
Defense counsel heard.
Government attorneys readmitted into courtroom and heard.
Government exhibits 1-4 (emails) submitted to the Court.
Findings given from the Bench; defendant's request for new counsel denied.

Victim impact statement made by victim number 1.

Defendant's Motion for Downward Variance (ECF no. 80).
Argument heard.
Findings given from the Bench; motion denied.