IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSHUA CLAYTON BRADY, )<br>)<br>*Defendant.* )<br>_____) | Criminal No. 3:21CR017 |

## **RESTITUTION ORDER**

1. Pursuant to 18 U.S.C §§ 3663(a)(3) and 2259(c)(2), the defendant is ordered to pay restitution in the total amount of **$34,120.60**.

2. The victims' names, addresses, and respective total loss amounts are listed in Attachment A to this Restitution Order.

3. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

4. Interest:

    ✓ is waived.

    ____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ *150.00* per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8.  All payments shall be made to the Clerk of Court, United States District Court, 701 East Broad Street, Richmond, Virginia 23219.

9.  Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

/s/
Honorable Henry E. Hudson
Senior United States District Judge

Entered on May **25**, 2022.

at Richmond, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

Michael C. Moore
Assistant United States Attorney

Samuel E. Fisher
Special Assistant United States Attorney

SEEN AND AGREED:

Joshua Clayton Brady
Defendant

Charles A. Gavin
Counsel for Defendant

2

**REDACTED ATTACHMENT A TO RESTITUTION ORDER**

| Victim | Loss Amount |
|---|---|
| Victim 2 | $2,184.00 |
| Victim 4 | $12,675.00 |
| JP Morgan Chase<br>RCO Centralized Mail<br>Mail code: LA4-7300<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | $8,634.60 |
| American Express<br>43 Butterfield Circle<br>El Paso, TX 79906 | $5,040.13 |
| Discover Financial Services<br>Attn: Custodian of Records<br>2500 Lake Cook Road<br>Riverwoods, IL, 60015 | $5,586.87 |
| **Total due from defendant:** | **$34,120.60** |